NO. 07-07-0295-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 28, 2007
_____

IN THE GUARDIANSHIP OF FLONA ROBINSON,
AN INCAPACITATED PERSON
_____

FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY;

NO. 14,141; HONORABLE BEN WOODWARD, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ON MOTION TO DISMISS**

The appellate record has been filed in this appeal, but briefs have not been filed. Appellant Morris Robinson has filed a motion to dismiss the appeal because of the November 2007 death of the ward, Flona Robinson. His certificate of conference indicates appellee Glenda Willingham does not oppose the motion. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring the same.

James T. Campbell
Justice